IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDIN AGIC, | ) | CASE NO. 1:11-cv-00538 |
|     Plaintiff, | ) ) | |
| vs. | ) ) | JUDGE DONALD NUGENT |
| HUDSON INSURANCE COMPANY, et al., | ) ) | **STIPULATED NOTICE OF PARTIAL DISMISSAL** |
|     Defendants. | ) ) | |

Now comes Plaintiff, pursuant to Ohio Rule of Civil Procedure 41(A), and hereby dismisses Defendant, ACE American Insurance Company, **only**, with prejudice to further action. The only costs or other expenses to be borne by Plaintiff pursuant to this dismissal are the court costs.

                                              Respectfully submitted,

/s/ Dustin S. Lewis  (Per Telephone Consent 6/22/11)
Dustin S. Lewis
Kenneth C. Podor
The Podor Law Firm, LLC
33565 Solon Road
Solon, Ohio  44139
Dustin.lewis148@gmail.com
cjj@pylelawfirm.com
***Counsel for Plaintiff***

/s/ John R. Conley
Lawrence A. Sutter (0042664)
John R. Conley (0084079)
Sutter, O'Connell & Farchione Co., L.P.A.
3600 Erieview Tower
1301 E. 9th Street
Cleveland, Ohio 44114
lsutter@sutter-law.com
jconley@sutter-law.com
***Counsel for Defendant***
***ACE American Insurance Company***

/s/ Holly Marie Wilson (Per Written Consent 6/20/11)
Holly Marie Wilson
Reminger Co., LPA
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
hwilson@reminger.com
***Counsel for Defendant***
***Hudson Insurance Company***

## **CERTIFICATE OF SERVICE**

I certify that on the _____ day of June, 2011 a copy of the foregoing ***Stipulated Notice of Partial Dismissal*** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ John R. Conley
Lawrence A. Sutter (0042664)
John R. Conley (0084079)
***Counsel for Defendant***
***ACE American Insurance Company***