UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EDIN AGIC, | Case No. 1:11 cv 538 |
| | JUDGE DONALD C. NUGENT |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| HUDSON INSURANCE COMPANY, et al., | |
| Defendants. | |

Counsel for Plaintiff has notified the Court that above captioned case has been dismissed without prejudice.

Therefore, this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                   _/s/Donald C. Nugent___
                                                   DONALD C. NUGENT
                                                   United States District Judge

DATE: __June 23, 2011____